KENNETH TRESSLER, Appellant, v. ADA A. TRESSLER, SHRIVER B. TRESSLER, and RUTH WESTERBERG, as Receivers, Appellees.

July 2, 1946       June Term, 1946

Rehearing denied July 31, 1946       Special Division A

**Affirmed.**

TAYLOR DRUG COMPANY, et al., Appellants, v. KATHRYN BROWNLEE, Appellee.

July 12, 1946       June Term, 1946

**Affirmed.**

MARGARET M. MURRAY, Appellant, v. OSCAR H. MURRAY, Appellee.

July 12, 1946       June Term, 1946

      Division B

**Affirmed.**

J. R. YEARWOOD, et ux., Appellants, v. MARGARET EWING GLENN, Appellee.

July 16, 1946       July Term, 1946

Rehearing Denied July 26, 1946       Division B

**Affirmed.**

ELNORA ANNE JOHNSON, Appellant, v. GRACE E. JOHNSON and A. B. JOHNSON and DONALD A. JOHNSON, Appellees.

July 16, 1946       June Term, 1946

      Division B

**Affirmed.**

SOPHIE TRAURIG, a single woman, DOROTHY TRAURIG, a single woman, and RAY FINKEL, Appellants, v. JOSEPH INDIANER, Appellee.

July 19, 1946       June Term, 1946

      Division A

**Affirmed.**

JOHN O. SHOWS, Appellant, v. LILLIAN PETERSON ETHERIDGE and J. E. ETHERIDGE, her husband, FREEMAN PETERSON, a minor and FAY PETERSON ROPER and JERRY CLAYTON ROPER, her husband, Appellees.

September 10, 1946       June Term, 1946

Rehearing denied September 26, 1946       Division B

**Affirmed.**